Order issued: November 9 , 2012     004827



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00450-CV

**CHRISTOPHER ALAN GANNON, Appellant**

**V.**

**JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION ITS SUCCESSORS AND ASSIGNS, Appellee**

---

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-15791**

---

## ORDER

We **GRANT** appellant's October 30, 2012 motion for an extension of time to file a brief.

Appellant shall file his brief on or before December 10, 2012.

ELIZABETH LANG-MIERS
JUSTICE